IN THE UNITED STATES DISTRICT COURT FOR FILED
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 APR 12 A 11: 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

PAUL A. BOYNE

Case No. 1:17SW...

v.

Hon. Theresa C. Buchanan

UNITED STATES OF AMERICA

## MOTION FOR RETURN OF PROPERTY PER RULE 41(g)
## V

The undersigned moves for a fifth time under Rule 41(g) for the return of all physical property seized by FBI Special Agent Richard Stallings' team on 19 January at 8105 Creekview Drive, Springfield, VA 22153.

The court of Buchanan, J., ruled, seized property be held to facilitate 'mirror imaging' of the storage media. See Buchanan, J. order of 2.13. To wit:

> ...*the Motion for Return of Property per Rule 41(g) (Doc. 7) is DENIED, pending mirror imaging.*

SAUSA Jennifer A. Singer, the rookie, concedes imaging is complete. To wit:

> "...*an FBI computer forensic examiner has created mirror images of the seized computers and storage media...*"(p.4, 4.7 filing).

The government has no cause to retain hardware nor a paper notebook in its contrived criminal investigation of free speech. The search warrant sought electronic data as fruits of political speech. See *Cassidy, 814 F.Supp.2d 574*. It is irrelevant whether the search was lawful, unlawful, playful, spiteful or downright rude. Rule 41(g) allows a person aggrieved by deprivation of his iTunes library to demand its return. The rookie Singer falsely and stupidly misrepresents the rule as

only to allow return of property from an unlawful search. She is foolishly unable to differentiate between the copied data and the irrelevant hardware.

The hardware is not specified in the search warrant as fruit. Jennifer Singer, Esq. does trespass the Fifth Amendment, as the government never claimed that the undersigned is a criminal for possessing laptops, camera cards, thumb drives or a paper notebook. The court merely conspires to defeat the Constitution at the request of unscrupulous government actors. The government remains free to investigate anything it wants, but does not need my property. SAUSA Singer and her pals are just conspirators to public harassment and deprivation of rights; deprivation of iTunes library and irreparable harm of suffering with the same iPod playlist, notwithstanding.

It is incredulous to believe Singer's drivel that having copied the data, the government needs the hardware and paper notebook to continue its cyber investigation. She is just lying; even a fifth grader can explain it.

Wherefore, the court, having been notified by the government that mirror imaging is complete must order the immediate return of property.

/Paul A. Boyne, Pro Se

# **CERTIFICATION**

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

PAUL A. BOYNE
Name of Pro Se Party (Print or Type)

*[signature]*
Signature of Pro Se Party

Executed on: 11 April 2017   (Date)

Service address for Pro Se Party:

8105 Creekview Drive
Springfield, VA. 22153

Phone, with voice mail for Pro Se Party:

571 318 0080

Email for Pro Se Party:

paboyne@gmail.com