UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN THE MATTER OF THE SEARCH OF ) 
8105 CREEK VIEW DRIVE ) Case. No.1:17sw14
SPRINGFIELD, VA 22153, ) UNDER SEAL

## ORDER

THIS MATTER comes before the Court on the Motion for Return of Property Per Rule 41(g) V. (Dkt. 31.) Upon consideration of the pleadings, it is hereby

ORDERED that the Motion for Return of Property is GRANTED. Further, this is hereby

ORDERED that movant's remaining pending motions, Motion to Vacate (Dkt. 32), Motion for Clarification (Dkt. 33), and Motion to Vacate II (Dkt. 34), are DENIED as moot.

ENTERED this 27th day of April, 2017.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia