UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN THE MATTER OF THE SEARCH OF )
8105 CREEK VIEW DRIVE )  Case. No.1:17sw14
SPRINGFIELD, VA 22153, )  UNDER SEAL

## ORDER

IT IS hereby

ORDERED that since movant Paul Boyne regularly travels to this courthouse to file pleadings, he may pick up his property from the FBI on Tuesday, May 9, 2017 at 12:00 p.m. in the lobby of the US Attorney's office at 2100 Jamieson Avenue, Alexandria, VA 22314. Further, it is hereby

ORDERED that movant's remaining pending motions, Motion to Destruction (Dkt. 37), Motion for Clarification and Displacement (Dkt. 38), Motion to Compel (Dkt. 39), Motion for Contempt (Doc. 40), Motion to Recuse (Doc. 41), and Motion for Disclosure (Doc. 42) are DENIED as moot.

ENTERED this 5th day of May, 2017.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia