UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN THE MATTER OF THE SEARCH OF )
8105 CREEK VIEW DRIVE ) Case. No.1:17sw14
SPRINGFIELD, VA 22153, ) UNDER SEAL
)
)

ORDER

THIS MATTER comes pursuant to the Court's order dated May 5, 2017. (Dkt. 43.) It has come to the Court's attention that the movant failed to retrieve his property as ordered. It is hereby,

ORDERED that the seized items will be shipped back to movant. Further, as this matter will now be closed, all pending motions: Motion to Vacate III, Motion for Inquiry, Motion for Destruction II, Motion to Recuse II, Motion for Clarification and Displacement II, Motion for Clarification of Rule 41(g), Motion for Disclosure II, Motion for Clarification III, Motion to Vacate IV, Motion for Disclosure, and Motion to Recuse (Dkts. 44-54) are DENIED.

ENTERED this 11th day of May, 2017.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia